# UNITED STATES of America, Plaintiff—Appellee,

v.

# Alejandro SORIA–CORTEZ, Defendant—Appellant.

## No. 99–50281.
## D.C. No. CR–98–01205–GHK–1.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Dec. 27, 2001.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

## MEMORANDUM **

Alejandro Soria–Cortez appeals the 70-month sentence imposed following his guilty plea to unlawful reentry of a deported alien after conviction in violation of 8 U.S.C. § 1326. Soria–Cortez contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred in imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony which was not pled in the indictment, to which he did not admit at his change of plea hearing, and which was not submitted to a jury and proven beyond a reasonable doubt. As Soria–Cortez acknowledges, this court has specifically rejected the contention that *Apprendi* overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.